UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY,<br>Plaintiff,<br>v.<br>LORENZO VILLEGAS, et al.,<br>Defendants. | Case No. 3:26-cv-00209-ART-CSD<br>ORDER SETTING FRCP 25 SUBSTITUTION DEADLINE |

This action began with a civil-rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* by state prisoner William Berry. (ECF Nos. 6, 1, 4). The Court screened Berry's original complaint and referred this matter to mediation, but the parties did not settle. (ECF Nos. 5, 9). The Nevada Department of Corrections recently filed a Suggestion of Death, stating that Berry died on August 5, 2026. (ECF No. 17).

Federal Rule of Civil Procedure 25(a)(1) provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." "A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

It is therefore ordered that Berry's application to proceed *in forma pauperis* (ECF Nos. 1, 4) and renewed motion for appointment of counsel (ECF No. 16) are denied as moot.

It is further ordered that the Nevada Department of Corrections has until September 18, 2026, to serve a copy of this order on Berry's representative or next of kin and file proof of that service with the court.

It is further ordered that Berry's successor or representative, or any party, has until November 26, 2026, to file a motion under Rule 25(a)(1) to substitute the proper party for William Berry.

DATED: August 28, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE