UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY,<br>Plaintiff,<br>v.<br>LORENZO VILLEGAS, et al.,<br>Defendants. | Case No. 3:26-cv-00209-ART-CSD<br>ORDER |

Following the Nevada Department of Corrections' filing of a Suggestion of Death about plaintiff William Berry (ECF No. 17), the Court ordered that any motion to substitute under Federal Rule of Civil Procedure 25(a)(1) must be filed by November 26, 2026. (ECF No. 19). Before that deadline expired, the decedent's adult son, William J. Berry, Jr., filed a document titled "Verified Ex Parte Petition for Appointment of Special Administrator For the Limited Purpose of Preserving, Protecting, and Prosecuting Pending Litigation and Related Estate Rights." (ECF No. 20). The purpose of this document is unclear. Berry Jr. then filed a "Motion for Limited Interim Recognition of Estate Representative and for Substitution following Death of Plaintiff," explaining that the verified petition was intended to be filed in state court and seeking "limited interim recognition" while he navigates the state probate matter. (ECF No. 21). Berry Jr. then moved to extend the FRCP 25-substitution deadline by 90 days, arguing that he is the proper person to be substituted for Berry Sr., but needs more time to retain counsel. (ECF No. 23). To support his argument that he is a proper substituted party, Berry Jr. provides Letters of Special Administration showing that Nevada's Eighth Judicial District Court granted his petition to be appointed as special administrator of the Estate of William James Berry, Sr. on November 13, 2026. (ECF No. 23 at 11–12).

The Court disregards Berry Jr.'s verified petition because it was erroneously filed here. It construes his motion for limited recognition as seeking to be added to the docket

as an interested party and grants him that narrow relief. Finally, the Court grants Berry Jr.'s motion to extend the FRCP 25-substitution deadline by 90 days so he can obtain counsel to represent him in this action.

It is therefore ordered that Berry Jr.'s Motion for Limited Interim Recognition of Estate Representative and for Substitution following Death of Plaintiff (ECF No. 21) is construed as a motion to add Berry Jr. to the docket as an interested party and, so construed, is granted to that limited extent. This motion is denied in all other respects.

Good cause appearing, it is further ordered that Berry Jr.'s Motion to Extend Time to File Motion For Substitution Under Fed. R. Civ. P. 25(a)(1) (ECF No. 23) is granted, and the deadline to file those motions is extended to February 17, 2027.

It is further ordered that the Clerk of Court is directed to add Berry Jr. to the docket as an interested party as follows, and to send him paper copies of this order and subsequent filings until otherwise ordered:

William J. Berry Jr.
8329 Opal Cove Drive
Las Vegas, Nevada 89128
Tele. (702) 205-8075

DATED: November 19, 2026

UNITED STATES MAGISTRATE JUDGE